UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GERALDINE SMITH,

        Plaintiff,

vs.

CASE NO. 6:04-CV-359-ORL-18KRS

CONSERVATIVE INVESTMENT,
INC. d/b/a Cheap Check Cashing,
JACOUB CHIPPA, NAEEN
DUGEN, WASEEN DUGAN, and
MOHAMMED W. DUGAN,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

Pursuant to Rule 3.08, the Plaintiff, GERALDINE SMITH, hereby notifies the Court that this matter is in the process of full settlement and that the Plaintiff and Defendants, will file a JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE on this matter upon full resolve.

                                              CHARLES SCALISE, ESQ.
                                              Florida Bar No.: 0776327
                                              PANTAS LAW FIRM
                                              1720 Orange Avenue, Suite 302
                                              Orlando, Florida 32806
                                              Telephone: (407) 425-5775
                                              Facsimile: (407) 425-2778
                                              Trial Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail, postage prepaid to: Jeffrey Scott, Esq., Jackson, Clements & Dawson, LLP, 5728 Major Blvd., Ste. 600, Orlando, FL 32819, this 17 day of JUNE, 2004.

CHARLES SCALISE, ESQ.