

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GERALDINE SMITH,

          Plaintiff,          CASE NO. 6:04-CV-359-ORL-18KRS

vs.

CONSERVATIVE INVESTMENTS, INC., d/b/a Cheap Check Cashing, JACOUB CHIPPA, NAEEN DUGEN, WASEEN DUGAN, and MOHAMMED W. DUGAN

          Defendants.
_____/

### PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE DATED JUNE 15, 2004

COMES NOW the Plaintiff, GERALDINE SMITH, by and through her undersigned attorney and responds to the Court's Order dated June 15, 2004, as follows:

1. The Plaintiff filed a Notice of Settlement on June 17, 2004.

2. On June 24, 2004, the Court Ordered the case dismissed.

Respectfully submitted,

_____
CHARLES SCALISE, ESQ.
Florida Bar No.: 0776327
PANTAS LAW FIRM, P.A.
1720 Orange Avenue, Suite 302
Orlando, Florida 32806
Telephone: (407) 425-5775
Facsimile: (407) 425-2778

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail, postage prepaid to: Jeffrey Dawson, Jackson, Clements & Dawson, LLP, 5728 Major Blvd., Suite 600, Orlando, FL, 32819, this ___ day of __JULY__, 200_.

_____
CHARLES SCALISE