UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GERALDINE SMITH,

        Plaintiff        CASE NO. 6:04-CV-359-ORL-18KRS

vs.

CONSERVATIVE INVESTMENTS, INC., d/b/a Cheap Check Cashing, JACOUB CHIPPA, NAEEN DUGAN, WASEEN DUGAN, MOHAMMED W. DUGAN

        Defendants
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, GERALDINE SMITH, and Defendants, CONSERVATIVE INVESTMENTS, INC., d/b/a Cheap Check Cashing, JACUB CHIPPA, NAEEN DUGAN, WASEEN DUGAN, and MOHAMMED W. DUGAN, pursuant to Fed.R.Civ.P. 41(a), by and through their undersigned attorneys, hereby stipulate and agree to the Dismissal With Prejudice of this matter. Accordingly, each party shall bear their own attorney's fees and costs.

Dated this 30 day of AUGUST, 2004

_____
CHARLES L. SCALISE, ESQ.
Florida Bar No.: 0776327
PANTAS LAW FIRM, P.A.
1720 S. Orange Avenue, 3rd Floor
Orlando, Florida 32806
Telephone: (407) 425-5775
Facsimile: (407) 425-2778
Trial Counsel for the Plaintiff
Email: clerk@pantaslaw.com

_____
JEFFREY S. DAWSON, ESQ.
Florida Bar No.: 980366
Jackson, Clements & Dawson, LLP
5728 Major Blvd., Suite 600
Orlando, Florida 32819
Telephone 407-363-9020
Facsimile: 407-363-9558
Trial Counsel for the Defendant
Email: jdawson@jcdlawyers.com